TESSIE KRIEGSMAN v. THE ANSONIA.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GEORGE GILLIMAN v. DUNMORE WORSTED COMPANY, INC.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ADOLPH BULOVA v. E. L. BARNETT, INC.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BENJAMIN BERGER v. CHARLES CHALMERS, Receiver, etc.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BENJAMIN BERGER v. CHARLES CHALMERS, Receiver, etc.— Motion for stay denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LOUIS SCHWARTZREICH v. WILLIAM BAUMAN.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILLIAM B. HALE v. BENJAMIN PLATEK.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SCHOONMAKER-CONNERS COMPANY v. PENNSYLVANIA RAILROAD COMPANY.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SANITARY FIRE PROOFING AND CONTRACTING COMPANY, INC., v. FINKEL UMBRELLA FRAME COMPANY, INC.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOHN STEGE v. ADELBERT T. EMERSON.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROBERT H. THORBURN v. JOHN J. MITCHELL and Others.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROBERT H. THORBURN v. JOHN J. MITCHELL and Others.— Motion for extension of time granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROBERT H. THORBURN v. JOHN J. MITCHELL and Others.— Motion for resettlement denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

NETTIE SOBEL v. MORRIS L. MASHKOWITZ.— Motion to dismiss appeal granted, with ten dollars costs, unless record on appeal filed on or before November 3, 1920. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

OSCAR UNZ v. WILLIAM E. FITZGERALD.— Motion to dismiss appeal denied, without prejudice to renewal after determination of appeal from order entered June 4, 1920. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.